IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 04-2426-D V |
| AJAY THEATERS, LLC d/b/a HOLLYWOOD 20 CINEMA, ) ) ) ) | |
| Defendant. ) | |

## ORDER EXTENDING THE TIME PERIOD FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Plaintiff has filed a motion requesting an extension until June 10, 2005 of the time period for Plaintiff to respond to the six motions for partial summary judgment which have been filed by Defendant in this lawsuit.

For good cause shown, Plaintiff's motion is granted. Plaintiff will be allowed until June 10, 2005 to respond to Defendant's six motions for partial summary judgment. This extension will not affect any of the other deadlines, or the trial setting, in this case.

SO ORDERED this _31_ day of _May_, 2005.

BERNICE B. DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-2-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02426 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Honorable Bernice Donald
US DISTRICT COURT