FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 13 PM 3:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION NO. |
| v. | ) ) 04-2426-D V |
| AJAY THEATERS, LLC d/b/a HOLLYWOOD 20 CINEMA, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION TO ENLARGE PAGE LIMITATION

Before the Court is Plaintiff Equal Employment Opportunity Commision's ("Commission") Motion to Enlarge Page limitation. For good cause show, the Commission's motion is granted. The Commission's memorandum in support of its response to Defendant's motion for summary judgment may exceed the page limit set forth in Local Rul3e 7.2(e), but may not exceed thirty five pages.

IT IS SO ORDERED.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

June 10, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-13-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02426 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT