IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
 )
Plaintiff, )
 )
vs. ) Civil Action No. 04-2426-DV
 ) Jury Trial Demanded
AJAY THEATERS, LLC )
d/b/a HOLLYWOOD 20 CINEMA, )
 )
Defendant. )

---

### DEFENDANT'S REQUEST FOR PERMISSION TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT

---

Now comes Defendant Ajay Theaters, LLC ("Defendant") by and through legal counsel requesting permission to reply to Plaintiff's Response to Defendant's Motions for Partial Summary Judgment. Defendant requests it have fifteen days or until June 28, 2005.

Defendant's reply would address the arguments set forth in Plaintiff's Memorandum and would not merely be a repeat of the arguments set forth in Defendant's previous Memorandums in Support. A Certificate of Consultation is attached.

Respectfully submitted,

James L. Holt, Jr.
Valerie B. Speakman
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Cordova, Tennessee 38018
(901) 754-8001

**MOTION GRANTED**
DATE 6-17-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon Carson L. Owen, EEOC, 1407 Union Avenue, Suite 621, Memphis, Tennessee 38104 via U.S. Mail, postage prepaid this ___ day of June, 2005.

James L. Holt, Jr.

FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>AJAY THEATERS, LLC<br>d/b/a HOLLYWOOD 20 CINEMA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-2424-DV<br>)   Jury Trial Demanded<br>)<br>)<br>) |

### CERTIFICATE OF CONSULTATION

I, Valerie B. Speakman, hereby certify that I spoke with counsel for Plaintiff, Carson Owen on June 14, 2005, about Defendant's Request for Permission to Reply to Plaintiff's Response to Defendant's Motions for Partial Summary Judgment, and Plaintiff's counsel stated he opposed Defendant's request.

Respectfully Submitted,

JACKSON, SHIELDS, YEISER, HOLT &, SPEAKMAN

VALERIE B. SPEAKMAN
Attorney for Plaintiff
262 German Oak Drive
Cordova, Tennessee 38018
901-754-8001 (Telephone)
901-754-8524 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Carson L. Owen, 1407 Union Avenue, Suite 621, Memphis, Tennessee 38104, via United States Mail, postage prepaid, this 14th day of June, 2005.

_____
Valerie B. Speakman



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02426 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT